IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Steven Shane COWAN ）
(full name)    (Register No.) ）
                              ）
_____ ）
                              ）
        Plaintiff(s).         ）   Case No. 06-0662-CV-W-SOW-P
                              ）
                              ）
                              ）
NANCY GRAY, HOLLY GRIFFITH,   ）
(Full name)                   ）
        JEFFREY MARTIN, ATTY's ）
_____ ）
        Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): CASS COUNTY MISSOURI JAIL 2501 W. WALL, SUITE 100, HARRISONVILLE, MO 64701

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Steven Shane COWAN    Register No. _____
   Address Cass County Jail 2501 W. WALL Suite 100
   Harrisonville, mo 64701

B. Defendant NANCY GRAY, HOLLY GRIFFITH, JEFFREY MARTIN.

ARE employed as ATTORNEY'S (Missouri Public Defenders) DIST #17
1300 Locust, Suite A, Harrisonville, mo 64701

For additional plaintiffs or defendants, provide above information in same format on a separate page.

III. Do your claims involve medical treatment? Yes ___ No ✓

IV. Do you request a jury trial? UNDECIDED Yes ___ No ___

V. Do you request money damages? Yes ✓ No ___
State the amount claimed? $600,000 / 1,800,000 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ✓ No ___

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes ✓ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ✓ NO ___

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
VARious COMPLAINing Motions To Judge in CASE # CR 304-815 FX
VARious Complaints To Public Defender Director's Office - Columbia Mo.
(573-882-9855)(RYAN Helms)

D. If you have not filed a grievance, state the reasons.
_____
_____
_____

VIII. Previous civil actions:
IX. A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case: Yes ___ No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ✓ No ___

C. If your answer is "yes," to either of the above questions, provide the following information for each case.

(1) Style: Steven S. Cowan        Dwight Diehl, ET AL
         (Plaintiff)                  (Defendant)
(2) Date filed: June 2006

(3) Court where filed: U.S. Dist Court, Western Dist. of Mo

(4) Case Number and citation: CASE # 4:06-CV-556

(5) Basic claim made: Due Process Violations - (No Law Library)
(6) Date of disposition: Pending

(7) Disposition: Pending
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for:

_____
(Plaintiff) or (defendant

For addition cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

All 3 Defendants HAVE Decieved Cowan Regarding His Criminal Case And Their involvement in said Case. More Specifically - Plaintiff was Decieved Regarding Possible Sentencing By Nancy Gray, Plaintiff was Decieved Regarding Evidence, Depositions, Trial Strategy, ETC By Both Defendants Griffith & Martin. Other specific Examples Available upon Request. Plaintiff Requested Atty's withdraw But They Refused outright. Plaintiff believes The Deceptions Became Malicious And Said Malicious Acts By Defendants Eventually Led To A Guilty Verdict Against Plaintiff on June 20, 2006.

B. State briefly your legal theory or cite appropriate authority:

Due Process Violations. Causing Harm And Damage To Plaintiff

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

AWARD DAMAGES - Reprimand Defendants, ORDER NEW TRIAL on CASE # CR 304-815 FX (Cass missouri.) order That New Counsel Be Appointed

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name.

_____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?    Yes ✓    No ___

If so, state the names(s) and address(es) of each lawyer contacted.

VARious ATTY's (FRom Phone Book) Negative AND/OR No Response

C. Have you previously had a lawyer representing you in a civil action in this court?    Yes ___    No ✓

If so, state the lawyers name and address.

_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed (signed) this 23 day of June, 2006.

Steven Shane COWAN
(Signatures of Plaintiff(s))